## WATKINS v. ESTATE OF WATKINS

No. 465P96

Case below: 124 N.C.App. 229

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.


PETITIONS TO REHEAR

## FULTON CORP. v. FAULKNER

No. 305A93-2

Case below: 345 N.C. 419

Petition by plaintiff to rehear pursuant to Rule 31 denied 24 March 1997.

## IN RE RENFER

No. 498A96

Case below: 345 N.C. 632

Motion by Attorney General for reconsideration denied 10 April 1997.

## SOLES v. CITY OF RALEIGH CIVIL SERVICE COMM.

No. 280PA95

Case below: 345 N.C. 443

Petition by petitioner to rehear pursuant to Rule 31 denied 10 April 1997.

## STATE v. MOODY

No. 64A96

Case below: 345 N.C. 563

Petition by defendant to rehear pursuant to Rule 31 dismissed 17 March 1997.